UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50,<br><br>Defendants. | Case No. 1:23-cv-02139 |

**[PROPOSED] ORDER SETTING TIME FOR PLAINTIFF'S TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND**

WHEREAS, Plaintiff, Global Tech Industries Group, Inc. filed a complaint on March 13, 2023, naming CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50 as Defendants;

WHEREAS, upon request by the parties, this Court set the deadline for Plaintiff to file its Amended Complaint for August 21, 2023.

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants to answer the Amended Complaint is April 7, 2023;

WHEREAS, the length and complexity of Plaintiff's anticipated Amended Complaint requires additional time to finalize and for Defendants to subsequently respond;

IT IS HEREBY AGREED, by and between the respective counsel for Plaintiff and Defendants, that Plaintiff's Amended Complaint must be filed by September 4, 2023; that Defendants

must file any Motion to Dismiss the Amended Complaint by October 4, 2023; that Plaintiff must file any response in opposition to the Motion to Dismiss by November 3, 2023, unless Defendants file more than a single motion, at which time the parties will discuss in good faith extending Plaintiff's time to file a response; and that Defendants must file any reply in support of the Motion to Dismiss by November 20, 2023.

**SO ORDERED.**

DATED: August __18__, 2023

_____
**Hon. Jessica G. L. Clarke
United States District Judge**