UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50, <br><br> Defendants. | Case No. 1:23-cv-02139 |

**[PROPOSED] ORDER SETTING TIME FOR PLAINTIFF'S TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND**

WHEREAS, Plaintiff, Global Tech Industries Group, Inc. filed a complaint on March 13, 2023, naming CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50 as Defendants;

WHEREAS, upon request by the parties, this Court set the deadline for Plaintiff to file its Amended Complaint for September 4, 2023.

WHEREAS, Plaintiff filed an Amended Complaint on September 5, 2023.

WHEREAS, Defendants consent to Plaintiff's filing of the Amended Complaint on September 5, 2023, without waiver of any rights, defenses, or objections.

WHEREAS, upon request by the parties, this Court set the deadline for Defendants to answer the Amended Complaint for October 4, 2023;

WHEREAS, the length and complexity of Plaintiff's Amended Complaint requires additional

time to finalize and for Defendants to subsequently respond;

      IT IS HEREBY STIPULATED AND AGREED, by and between the respective counsel for Plaintiff and Defendants, that the Defendants consent to the Court granting Plaintiff leave to file its Amended Complaint by of September 5, 2023, and the Clerk of the Court accepting the Amended Complaint for filing as of September 5, 2023; that Defendants must file any Motion to Dismiss the Amended Complaint by October 25, 2023; that Plaintiff must file any response in opposition to the Motion to Dismiss by November 27, 2023, unless Defendants file more than a single motion, at which time the parties will discuss in good faith extending Plaintiff's time to file a response; and that Defendants' must file any reply in support of the Motion to Dismiss by December 11, 2023.

**SO ORDERED.**

DATED: October _4_, 2023

                                          _____
                                          **Hon. Jessica G. L. Clarke**
                                          **United States District Judge**