UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC., <br>     Plaintiff, <br>     v. <br><br> CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50, <br>     Defendants. | Case No. 1:23-cv-02139 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Peter G. Wilson and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendants[1] GTS Securities LLC, Credit Suisse Securities, (USA), LLC, and Lime Trading Corp., will jointly move this Court, before the Honorable Jessica G. L. Clarke, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order (i) pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act, dismissing the Amended Complaint (ECF No. 58); and (ii) granting all such other and further relief as this Court may deem just and proper.

---

[1] Defendants Canaccord Genuity LLC and Instinet, LLC filed stipulations of dismissal in this case.

Opposition and reply papers are to be filed pursuant to the Court's Order (ECF No. 62) and Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York.

Dated: October 25, 2023

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**
/s/ *Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Attorneys for Defendant GTS Securities LLC*

**CAHILL GORDON & REINDEL LLP**
/s/ *Herbert S. Washer* (with permission)
Herbert S. Washer
Jason M. Hall
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
jhall@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

**KEESAL, YOUNG & LOGAN**
A Professional Corporation
/s/ *Stephen Young* (with permission)
Stephen Young (admitted *pro hac vice*)
Elizabeth H. Lindh (admitted *pro hac vice*)
400 Oceangate Avenue, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
steve.young@kyl.com
elizabeth.lindh@kyl.com

*Attorneys for Defendant Lime Trading Corp.*