# **EXHIBIT 1**

Case 1:23-cv-02139-JGLC   Document 69-1   Filed 10/25/23   Page 2 of 5



| Home | About | Our Portfolio | Projects in Development | Press Releases | Investor Relations |

# Investor Relations

Global Tech (OTCMarkets:GTII) is a publicly traded, mini conglomerate, trading on the OTC markets.



**GTII** •
GLOBAL TECH INDUSTRIES GROUP, INC.

**0.6796**$^D$ ^ 2.23% (0.0149)

Delayed by 15 minutes



Case 1:23-cv-02139-JGLC   Document 69-1   Filed 10/25/23   Page 3 of 5

Please note that GTII does not maintain any social media accounts and does not release information on any Social Media platform. GTII discloses material information through press releases, and w...

Follow our Company at www.otcmarkets.com/stock/GTII.

| | | |
|---|---|---|
| **SEC Filings** | **Shareholder Dividends** | **Warrants**  |

# Subscribe to our Shareholder Alerts

We will send you an email alert whenever there is a new Press Release





Global Tech Industries Group is looking to expand their Board of Directors. If you feel that you have the qualifications and business background to sit on a Publicly Traded company's Board of Directors, please send your resume to info@ gtii-us.com



# Thinking of going public?

Contact Us ✉

Made in Webflow



Home          About          Our Portfolio          Projects in Development          Press Releases          Investor Relations



### Company

511 Sixth Avenue,
New York, NY 10011

© 2022 Global Tech Industries Incorporated

About Us

Our Portfolio

Projects in Development

### Quick Links

SEC Filings

Press Releases

### Subscribe to our Shareholder Alerts

Email          →

Designed and Built by Mikail

Made in Webflow