UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50, <br><br> Defendants. | No. 1:23-cv-02139-JGLC |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Global Tech Industries Group, Inc., by and through undersigned counsel, hereby dismisses Defendant Instinet, LLC from the above-captioned action with prejudice.  Defendant Instinet, LLC has not filed an answer or motion for summary judgment.

Dated: October 25, 2023

Respectfully submitted,

By: *Alan M. Pollack*
Alan M. Pollack, Esq.
Grant R. Cornehls, Esq.
Leron Thumim, Esq.
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 984-7700
Fax: (212) 972-9150

James Wes Christian, Esq.
Christian Attar Law Group, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
Tel: (713) 659-7617

*Counsel for Plaintiff*
*Global Tech Industries Group, Inc.*

Defendant Instinet, LLC is hereby DISMISSED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 26, 2023
         New York, New York

{1623143.1 }