UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANACCORD GENUITY LLC, CREDIT SUISSE SECURITIES (USA) LLC, INSTINET, LLC, LIME TRADING CORP., GTS SECURITIES LLC, and JOHN DOES 1-50, <br><br> Defendants. | No. 1:23-cv-02139-JGLC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Global Tech Industries Group, Inc., by and through undersigned counsel, hereby dismisses Defendants Credit Suisse Securities (USA) LLC, Lime Trading Corp., GTS Securities LLC, and John Does 1-50 from the above-captioned action, with prejudice. These Defendants have not filed an answer or motion for summary judgment. The parties agree that no party hereto asserts that any other party violated the requirements of Rule 11 with respect to the institution, prosecution, defense, or resolution of this action.

Dated: November 14, 2023

Respectfully submitted,

By: */s/ Alan M. Pollack*
Alan M. Pollack, Esq.
Grant R. Cornehls, Esq.
Leron Thumim, Esq.
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 984-7700
Fax: (212) 972-9150

James Wes Christian, Esq.
Christian Attar Law Group, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
Tel: (713) 659-7617

*Counsel for Plaintiff
Global Tech Industries Group, Inc.*